ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| DESARROLLADORA SAN JUDAS, INC.<br><br>Apelante<br><br>v.<br><br>SAN AGUSTIN DEVELOPMENT, INC., ET ALS<br><br>Apelados | KLAN202500084 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de Ponce<br><br>Caso Núm.: JAC2017-0214<br><br>Salón: 0605<br><br>Sobre: Incumplimiento de Contrato |
|---|---|---|

Panel integrado por su presidente, el Juez Figueroa Cabán, el Juez Salgado Schwarz y el Juez Rodríguez Flores.[1]

Salgado Schwarz, Carlos G., Juez Ponente

## SENTENCIA

En San Juan, Puerto Rico, a 19 de marzo de 2025.

Atendida la *Moción en Cumplimiento de Orden* presentada el 17 de marzo de 2025 por la parte apelante, Desarrolladora San Judas, Inc, se declara con lugar.

En consecuencia, se dicta Sentencia de desistimiento, con perjuicio, y se ordena el cierre y archivo definitivo del presente procedimiento de apelación. Regla 83 (A) del Reglamento del Tribunal de Apelaciones. 4 LPRA Ap. XXII-B, R. 83 (A).

Lo acordó y manda el Tribunal, y lo certifica la secretaria del Tribunal.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Mediante Orden Administrativa OATA-2025-036 del 19 de marzo de 2025 se designa al Hon. Fernando L. Rodríguez Flores para entender y votar por haberse inhibido el Hon. Jose J. Monge Gómez.

Número Identificador:
SEN2025_____